[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-16235
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 1, 2011
JOHN LEY
CLERK

D.C. Docket No. 09-00003-CR-1

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROGER GAMBREL,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(June 1, 2011)

Before BARKETT, MARCUS and BLACK, Circuit Judges

PER CURIAM:

Jacque D. Hawk, retained counsel for Roger Gambrel in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Gambrel's *pro se* motion for the appointment of substitute counsel, remand, or access to the record is **DENIED**, and Gambrel's conviction and sentence are **AFFIRMED**.